IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUIS VASQUEZ,

       Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                                          11-cv-474-bbc

JONAS TROCHINSKI,

       Defendant.

---

     This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendant Jonas Trochinski granting his motion for summary judgment and

dismissing this case.

_____    _____
    Peter Oppeneer, Clerk of Court        9/27/12
                                    Date