IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUIS VASQUEZ,

    Plaintiff,

v.

JONAS TROCHINSKI,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-474-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Jonas Trochinski granting his motion for summary judgment and dismissing this case.

_____     _____
Peter Oppeneer, Clerk of Court            Date

[signed: Peter Oppeneer]     9/27/12